IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LARRY CAYLOR,

    Plaintiff,

v.    CV 614-126

CORRECTIONS CORPORATION OF
AMERICA; WARDEN RALPH M. KEMP;
and ANDY MOHAMED,

    Defendants.

**O R D E R**

Presently before the Court is the parties' Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 11.) The Court hereby **DISMISSES WITH PREJUDICE** all of Plaintiffs' claims. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of July, 2015.

*/s/ J. Randal Hall*
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA